IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                        CASE NO 4:14CR151-01 JLH

Steven Dwayne Otey, Sr.

### CLERK MINUTE

DATE: 2/12/2015
HEARING TYPE: Deft's Motion to Revoke
BEFORE U. S. MAGISTRATE JUDGE J. THOMAS RAY
LITTLE ROCK, ARKANSAS
COURTROOM #1C

ASSISTANT U. S. ATTORNEY: Stephanie Mazzanti
DEFENSE COUNSEL: Chris Tarver
U. S. PROBATION OFFICER: Kyrnae Stubbs

COURT BEGAN: 2:40 p.m.

With the Govts consent, the Court declines to revoke OR Bond at this time — Defendant released on OR Bond with same conditions

COURT ADJOURNED: 2:45 p.m.

ECRO/CRD: Kathy Swanson