IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                           CASE NO 4:14CR151-01 JLH

Steven Dwayne Otey, Sr.

**CLERK MINUTE**

DATE: 2/12/2015
HEARING TYPE: Dft's Motion to Revoke
BEFORE U. S. MAGISTRATE JUDGE J. THOMAS RAY
LITTLE ROCK, ARKANSAS
COURTROOM #1C

ASSISTANT U. S. ATTORNEY: Stephanie Mazzanti
DEFENSE COUNSEL: Chris Tarver
U. S. PROBATION OFFICER: Kyonas Stubbs

COURT BEGAN: 2:40 p.m.

With the Gov'ts consent the Court declines to revoke OR Bond at this time — Defendant released on OR Bond with same conditions

COURT ADJOURNED: 2:45 p.m.

ECRO/CRD: Kathy Swanson