# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                   No. 4:14CR00151-01 JLH

STEVEN DWAYNE OTEY, SR.                                                                                  DEFENDANT

### ORDER

On the 8th day of January, 2016, Steven Dwayne Otey, Sr., appeared before the Court with counsel, Christophe A. Tarver, and entered guilty pleas to Counts 1ss-5ss of the Second Superseding Indictment in this matter[1]. **The Court directs the United States Probation Office to expedite preparation of the presentence report due to Mr. Otey's medical conditions**. Mr. Otey will be asked to provide information to the presentence writer to be included in the report, and he may have his attorney present for the interview if he wishes. Upon completion of the first draft of the presentence report, both sides will have the opportunity to review the report and file objections. Upon completion of the final report, the Court will be notified and a sentencing hearing will be set.

IT IS SO ORDERED this 11th day of January, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Preparation of the presentence report was not ordered at the conclusion of the January 8, 2016 plea hearing as the defendant was awaiting trial on additional counts contained in the second superseding indictment. Counts 6ss-7ss were subsequently dismissed upon motion of the government later in the afternoon of January 8, 2016.