**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                PLAINTIFF

v.                                    NO. 4:14CR00151-01 JLH

STEVEN DWAYNE OTEY, SR.                                                                          DEFENDANT

## ORDER

On October 6, 2016, Steven Dwayne Otey, Sr., filed a motion for reduction of his sentence. The Court directs the United States to file a response to the motion within seven days from the entry of this Order.

IT IS SO ORDERED this 24th day of October, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE