# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    NO. 4:14CR00151-01 JLH

STEVEN DWAYNE OTEY, SR.                                                                     DEFENDANT

## ORDER

Steven Dwayne Otey, Sr.'s motion to withdraw his pro se motion to reduce his sentence is GRANTED.  Document #290.  Otey's pro se motion to reduce his sentence is denied without prejudice.  Document #281.  Whether that motion will be construed as a motion filed under 28 U.S.C. § 2255 will be determined if and when Otey files a motion under that statute.

IT IS SO ORDERED this 14th day of December, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE